| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Crabb, Barbara B | 2. Court or Organization<br><br>U.S. Dist. Court, W.D. Wis. | 3. Date of Report<br><br>5/3/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ FInal | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>P.O. Box 591<br><br>Madison, WI 53701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.    Member, Board of Directors | United Way of Dane County |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |



RECEIVED MAY 9 10 21 AM '05 FINANCIAL DISCLOSURE OFFICE

## FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Crabb, Barbara B | 5/3/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Salary - University of Wisconsin-Madison |
| 2. | 2004 | Wisconsin Department of Employee Trust Funds |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | SSCI (privately held co. in W. Lafayette, IN) | Transport, lodging, meals in re: ▮▮▮▮svc as bd. member of SSCI mtgs in Chic., IL; 2/04; 8/04. |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Vanguard Munic. Fund | A | Dividend | K | T | | | | | |
| 2.   Vanguard Money Mkt.(Mun Bond Fund)* | A | Dividend | | | rollover | 02/17 | K | | |
| 3.   Medtronics com stk | A | Dividend | J | T | | | | | |
| 4.   Cisco com stk | | None | J | T | | | | | |
| 5.   Heartland Munic. Bond Fund*** | | None | | | | | | | |
| 6.   GE Capital | A | Interest | K | T | | | | | |
| 7.   Smith Barney Cash funds | A | Interest | J | T | | | | | |
| 8.   Puerto Rico bond | A | Interest | K | T | | | | | |
| 9.   Equitable Life Assur.Annuity** | B | Dividend | L | T | | | | | |
| 10.   i shares TR MSC1; EAFE | C | Dividend | M | T | sold part | 9/10 | K | D | |
| 11. | | | | | Bought add'l | 02/26 | J | | |
| 12. | | | | | bought add'l | 07/19 | J | | |
| 13. | | | | | bought add'l | 12/13 | J | | |
| 14.   i shares Trust Russell 1000 Growth | B | Dividend | N | T | sold part | 07/27 | J | A | |
| 15. | | | | | sold part | 11/29 | J | A | |
| 16. | | | | | bought add'l | 02/26 | J | | |
| 17. | | | | | bought add'l | 07/19 | J | | |
| 18. | | | | | bought add'l | 09/10 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | | | | | bought add'l | 11/22 | K | | |
| 20. | | | | | bought add'l | 12/13 | J | | |
| 21. i shares Trust Russell 1000 Index | C | Dividend | M | T | sold part | 09/10 | L | D | |
| 22. | | | | | bought add'l | 02/26 | J | | |
| 23. | | | | | bought add'l | 07/19 | J | | |
| 24. i shares Russell 2000 Value | B | Dividend | M | T | sold part | 09/10 | K | D | |
| 25. | | | | | sold part | 11/22 | J | C | |
| 26. | | | | | sold part | 11/29 | K | D | |
| 27. | | | | | bought add'l | 07/19 | J | | |
| 28. | | | | | bought add'l | 12/13 | J | | |
| 29. i shares Russell 2000/Growth | A | Dividend | L | T | sold part | 09/10 | K | C | |
| 30. | | | | | sold part | 11/22 | K | D | |
| 31. | | | | | bought add'l | 06/07 | J | | |
| 32. | | | | | bought add'l | 07/19 | J | | |
| 33. | | | | | bought add'l | 12/13 | J | | |
| 34. i shares GS$ Invest. | A | Dividend | | | sold | 9/10 | K | B | |
| 35. | | | | | bought add'l | 2/26 | J | | |
| 36. | | | | | bought add'l | 07/19 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. i shares Trust Lehman | A | Dividend | L | T | sold part | 11/29 | J | A | |
| 38. | | | | | bought add'l | 09/10 | K | | |
| 39. | | | | | bought add'l | 12/13 | J | | |
| 40. i shares MSC1 Emer | A | Dividend | K | T | sold part | 11/29 | J | A | |
| 41. | | | | | bought add'l | 09/10 | K | | |
| 42. | | | | | bought add'l | 12/13 | J | | |
| 43. i shares Russell 1000 Value Index | A | Dividend | M | T | sold part | 11/29 | J | A | |
| 44. | | | | | bought add'l | 09/10 | M | | |
| 45. | | | | | bought add'l | 11/22 | J | | |
| 46. | | | | | bought add'l | 12/13 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Crabb, Barbara B | 5/3/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VII:

*All mutual funds reported as "rolled over" were rolled over to exchange traded funds listed at lines 10-43.

** No. 9: Equitable Life Assurance Company Annuity consists of EQ Balanced; EQ FI Small/Mid Cap Value; EQ Lazard Small Cap Value; EQ Marsico Focus; EQ Putnam Growth & Income.

*** Line 5. Dissolved; no value.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Crabb, Barbara B | 5/3/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Date _May 3, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544